*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 11, 2014                518470
_____

In the Matter of VICTOR
    MASCORRO,
                        Appellant,

        v                                   MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____

Calendar Date:  October 21, 2014

Before:  Garry, J.P., Rose, Egan Jr., Devine and Clark, JJ.

                        _____

        Victor Mascorro, Rome, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Martin A.
Hotvet of counsel), for respondent.

                        _____

        Appeal from a judgment of the Supreme Court (Lynch, J.),
entered January 29, 2014 in Albany County, which, in a proceeding
pursuant to CPLR article 78, granted respondent's motion to
dismiss the petition.

        Petitioner is serving an aggregate prison term of 16 to 32
years upon his conviction of various crimes, including rape in
the first degree.  Petitioner commenced this CPLR article 78
proceeding challenging his removal from the Sex Offender
Counseling and Treatment Program.  Respondent moved to dismiss
the petition for failure to exhaust administrative remedies.
Supreme Court granted respondent's motion and this appeal ensued.

Petitioner was required to file a grievance challenging his removal from the treatment program (see Matter of Hawes v Fischer, 119 AD3d 1304, 1305 [2014]; Matter of Torres v Fischer, 73 AD3d 1355, 1356 [2010]).  He admittedly did not avail himself of this procedure, and his letter of complaint to the Deputy Commissioner of Program Services at the Department of Corrections and Community Supervision did not remedy this defect (see Matter of Torres v Fischer, 73 AD3d at 1356; Matter of Muniz v David, 16 AD3d 939, 939-940 [2005]).  Further, contrary to petitioner's contention, none of the exceptions to the exhaustion doctrine are applicable here (see Matter of Georgiou v Daniel, 21 AD3d 1230, 1231 [2005]).  Accordingly, dismissal of the petition was appropriate.

Garry, J.P., Rose, Egan Jr., Devine and Clark, JJ., concur.


ORDERED that the judgment is affirmed, without costs.




ENTER:


Robert D. Mayberger
Clerk of the Court